ALVERSON, TAYLOR, MORTENSEN & SANDERS
SEETAL TEJURA, ESQ. (#008284)
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
(702) 384-7000
efile@alversontaylor.com
Attorneys for Defendants
*CONTINENTAL CASUALTY COMPANY;*
*AMERICAN CASUALTY COMPANY OF*
*READING, PENNSYLVANIA; and*
*TRANSPORTATION INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*

| | |
|---|---|
| REMINGTON HOMES, LTD., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois Corporation; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a Pennsylvania Corporation; and TRANSPORTATION INSURANCE COMPANY, an Illinois Corporation; DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:14-cv-01894-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, REMINGTON HOMES, LTD., and Defendants, CONTINENTAL CASUALTY COMPANY, AMERICAN CASUALTY COMPANY OF READING PENNSYLVANIA, and TRANSPORTATION INSURANCE COMPANY, by and through their respective undersigned

. . . .

-1-

22125-ST
sao dismiss

attorneys of record, that this matter be dismissed, with prejudice, the parties to each bear their own fees and costs.

There was no trial set in this matter.

Dated this 12 day of June, 2015.

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

By _____
Griffith H. Hayes, Esq. (#007374)
Chasen Cohan, Esq. (#012349)
3930 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169

*Attorneys for Plaintiff*

Dated this 12th day of June, 2015.

ALVERSON, TAYLOR, MORTENSEN, & SANDERS

By _____ (#13556 FOR)
Seetal Tejura, Esq. (#008284)
7401 W. Charleston Blvd.
Las Vegas, Nevada

*Attorneys for Defendants*
*CONTINENTAL CASUALTY COMPANY;*
*AMERICAN CASUALTY COMPANY OF*
*READING, PENNSYLVANIA; and*
*TRANSPORTATION INSURANCE COMPANY*

## ORDER

IT IS SO ORDERED.

Dated this <u>17th</u> day of <u>June</u>, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully Submitted by:

ALVERSON, TAYLOR, MORTENSEN, & SANDERS

By _____ (#13556 FOR)
Seetal Tejura, Esq. (#008284)
7401 W. Charleston Blvd.
Las Vegas, Nevada

*Attorneys for Defendants*
*CONTINENTAL CASUALTY COMPANY; AMERICAN*
*CASUALTY COMPANY OF READING, PENNSYLVANIA;*
*and TRANSPORTATION INSURANCE COMPANY*